IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ANTHONY L. HOVIS, JR., )
　　　　　　　　　　　　　　　　)
　　　　　Plaintiff, )
　　　　　　　　　　　　　　　　) Civil Action No. 07-171 Erie
　　　v. )
　　　　　　　　　　　　　　　　)
MICHAEL J. ASTURE, )
Commissioner of Social Security, )
　　　　　　　　　　　　　　　　)
　　　　　Defendant. )

## **MEMORANDUM ORDER**

Plaintiff's social security complaint was received by the Clerk of Court on July 10, 2007, and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's Report and Recommendation [Doc. No. 13], filed on September 2, 2008, recommended that Plaintiff's Motion for Summary Judgment [Doc. No. 9] be granted, that Defendant's Motion for Summary Judgment [Doc. No. 11] be denied, and that the case be remanded to the Commissioner for further proceedings. The parties were allowed ten (10) days from the date of service to file objections. No objections were filed. After de novo review of the documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 18th day of September, 2008;

IT IS HEREBY ORDERED that Plaintiff's Motion for Summary Judgment [Doc. No. 9] is GRANTED, and Defendant's Motion for Summary Judgment [Doc. No. 11] is DENIED; the case is hereby REMANDED to the Commissioner for further proceedings.

The Report and Recommendation [Doc. No. 13] of Magistrate Judge Baxter, filed on September 2, 2008, is adopted as the opinion of the Court.

s/ Sean J. McLaughlin
United States District Judge

cm: All parties of record
Susan Paradise Baxter, U.S. Magistrate Judge